[No. 40096-1-II.   Division Two.   September 13, 2011.]

*In the Matter of the Detention of* GARY CHERRY.

The opinion in the above captioned case, which appeared in the advance sheets at 163 Wn. App. 649-58, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated November 9, 2011 withdrawing the opinion and substituting a new opinion. See 166 Wn. App. 70.